IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 12-cv-00599-WJM-CBS

BILL GRUNDY,

      Plaintiff,

v.

DAVID MEYOHAS,

      Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion for Signature and Stamp on Request for Service Abroad (*doc. # 6*) is GRANTED.

**DATED:**     March 27, 2012